IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYLES, | § | |
| | § | No. 643, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | Cr. ID 1209005745 |
| | § | |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: December 14, 2015
Decided: December 17, 2015

## ORDER

This 17th day of December 2015, it appears to the Court that, on November 30, 2015, the Chief Deputy Clerk issued a notice to the appellant to show cause why his appeal should not be dismissed for his failure to file his notice of appeal within 30 days of the Superior Court's order sentencing him for his second violation of probation. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the within appeal is DISMISSED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice